**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA,

     v.

BARRY LICHTENTHAL,

       Defendant.

Crim. No. 98-765  (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

     This matter having come before the Court on defendant Lichtenthal's motion [D.E. 33] seeking an amended sentence; and

     The Court having been informed that Lichtenthal was released from the custody of the Bureau of Prisons on July 29, 2009; and good cause appearing,

     **IT IS** on this 9th day of December, 2011,

     **ORDERED** that Lichtenthal's motion is **TERMINATED** as moot.


                              \_\_\_/s/ Katharine S. Hayden\_\_\_\_
                              Katharine S. Hayden, U.S.D.J.